433 A.2d 108

Commonwealth v. Ansani, Appellant.

Submitted November 14, 1980. John J. Morgan, for appellant; Robert F. Hawk, for Commonwealth, appellee.

Before CERCONE, P. J., and SHERTZ and WIEAND, JJ.

Judgment of sentence affirmed.

433 A.2d 108

Commonwealth v. Brown, Appellant.

Submitted November 14, 1980. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Judgment of sentence is affirmed.